**GERDA V. YOUNG (formerly Gerda V. Schaeffer), and ALFRED YOUNG, her husband, v. ODEN A. SCHAEFFER.**

22 So. (2nd) 252                                    January Term, 1945
April 27, 1945                                      Division A
As Amended on Rehearing May 15, 1945

*Galen & Cleveland,* for petitioners.

*George H. Salley* and *Arnold A. Ross,* for respondent.

888

PER CURIAM:

Petition for certiorari is granted and the final decree of the circuit court is quashed but with leave to amend if desired. See Straus v. Straus, 148 Fla. 23, 3 So. (2nd) 727; Kollar v. Kollar, 155 Fla. 705, 21 So. (2nd) 356.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.